391 A.2d 708

Jury et ux. v. Shawville Coal Company, Appellant.

Submitted April 10, 1978. Stuart J. Horner, Jr., for appellant; James A. Naddeo, and Belin, Belin & Naddeo, for appellees.

Judgment affirmed.

PRICE, J., dissented.

391 A.2d 709

Lancellotti, Appellant, v. Thomas, et ux.

Argued September 19, 1977. Irwin Paul, for appellant; Thomas H. Tropp, with him Harris & Tropp, for appellees.

OPINION PER CURIAM: Appeal quashed. *Larson Construction Co. v. Donaldson's Crossroads, Inc.*, 418 Pa. 300, 211 A.2d 463 (1965); petition for reargument denied August 14, 1978.

JACOBS, P. J., WATKINS, former P. J., and PRICE, J., did not participate in the consideration or decision of this case.